UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NUMBER: 3:04-CR-79(01)RM |
| | ) | |
| STEVEN J. PERRY | ) | |

**FINAL ORDER OF FORFEITURE**

This matter having come before the Court upon motion by the United States of America for entry of a Final Order of Forfeiture; and

WHEREAS, on March 18, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Steven J. Perry, to forfeit the following property described below:

A. Generic brand computer labeled for evidentiary purposes by Mitchell Kajzer of St. Joseph County Prosecutor's Office, "Comp. 01";

B. Any associated computer monitors, keyboards, and computer cables;

C. Thirty-nine (39) compact discs recovered from home of Steven J. Perry on February 19, 2004, and marked for evidentiary purposes as, CD 01 through CD 39.

WHEREAS, the United States caused to be published in The Elkhart Truth, 421 S. 2nd Street, P.O. Box 487, Elkhart, Indiana, 46516-0487, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with

Dockets.Justia.com

the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,

Any interest in:

A. Generic brand computer labeled for evidentiary purposes by Mitchell Kajzer of St. Joseph County Prosecutor's Office, "Comp. 01";

B. Any associated computer monitors, keyboards, and computer cables;

C. Thirty-nine (39) compact discs recovered from home of Steven J. Perry on February 19, 2004, and marked for evidentiary purposes as, CD 01 through CD 39

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Judgment shall be amended to include the forfeited items; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, 204 South Main Street, Room M01, South Bend, Indiana, 46601, Attention: Assistant U.S. Attorney, Lesley J. Miller Lowery.

SO ORDERED:


Dated:  June 2, 2005


        /s/ Robert L. Miller, Jr.
CHIEF JUDGE
UNITED STATES DISTRICT COURT